JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
SCOTT D. FLEMING, ESQ.
Nevada Bar No. 005638
**KOLESAR & LEATHAM**
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: jshea@klnevada.com
sfleming@klnevada.com

Attorneys for Creditor
COLUMBIA BANK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE: | Case No. 18-50576-BTB |
|---|---|
| THOMAS AND TAMARA FERNANDES, DDS, PC, fka THOMAS FERNANDES DDS, PC, dba LAKE TAHOE DENTAL, | Chapter 7 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

TO:   THE ABOVE-NAMED DEBTOR

TO:   HOLLY E. ESTES, ESQ., ATTORNEY FOR DEBTOR

TO:   W. DONALD GIESEKE, TRUSTEE

TO:   ALL CREDITORS AND OTHER PARTIES-IN-INTEREST

James Patrick Shea, Esq., and Scott D. Fleming, Esq., of the law firm of KOLESAR & LEATHAM, attorneys for COLUMBIA BANK, hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and further hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002(g), all notices required to be mailed to

2910146_2 (10429-1)

1 | COLUMBIA BANK by the Debtors, pursuant to Bankruptcy Rule 2002, should be directed to:

    James Patrick Shea, Esq.
    Scott D. Fleming, Esq.
    **KOLESAR & LEATHAM**
    400 S. Rampart Blvd., Ste. 400
    Las Vegas, Nevada 89145
    Telephone No. (702) 362-7800
    Facsimile No. (702) 362-9472
    E-Mail:    jshea@klnevada.com
                  sfleming@klnevada.com

DATED this 11th day of June, 2018.

                          **KOLESAR & LEATHAM**

                          By: _____
                          JAMES PATRICK SHEA, ESQ.
                          Nevada Bar No. 405
                          SCOTT D. FLEMING, ESQ.
                          Nevada Bar No. 005638
                          400 South Rampart Boulevard, Suite 400
                          Las Vegas, Nevada 89145

                          Attorneys for Creditor
                          COLUMBIA BANK

2910146_2 (10429-1)